## IN THE UNITED STATES BANKRUPTY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Proceeding |
| | ) | |
| PERFORMANCE PHYSICAL THERAPY | ) | Case No. 07-05878 |
| SERVICES LLC, an Illinois limited liability | ) | |
| company, | ) | Hon. Jacqueline P. Cox |
| | ) | |
| Debtor. | ) | |

### FINAL DECREE AND ORDER CLOSING BANKRUPTCY CASE

This matter coming before the Court on the Motion of PERFORMANCE PHYSICAL THERAPY SERVICES LLC, the reorganized debtor (the "Debtor") for Final Decree and to Close Bankruptcy Case ("Motion").  Based upon review and consideration, the Court finds that (1) notice of the Motion was adequate and appropriate under the circumstances and no other notice need be given; (2) the Debtor's estate has been fully administered within the meaning of Bankruptcy Code section 350(a); and (3) other good and sufficient cause exists for granting the relief requested in the Motion.

**THEREFORE, IT IS HEREBY ORDERED THAT:**

1.      The Motion is GRANTED.

2.      Pursuant to Bankruptcy Code section 350(a), the case of *In re Performance Physical Therapy Services LLC*, Case No. 07-05878 is CLOSED effective upon entry of this Final Decree and Order.

3.      Notwithstanding this Final Decree and Order and the closing of this case:

(a)      The Debtor shall continue to be authorized to take any and all action required or reasonably contemplated by the Debtor's Second Amended Plan of Reorganization of Performance Physical Therapy Services LLC dated December 28, 2007, as modified on January 24, 2008 and January 29, 2008 (the "Plan") and the Order confirming the Plan ("Confirmation Order");

(b)    All Orders previously entered in this case, or in any adversary proceeding or contested matter in this case, shall remain in full force and effect;

(c)    This Court shall retain jurisdiction in accordance with the Confirmation Order and the Plan; and

(d)    The adversary proceeding titled *Performance Physical Therapy Services LLC v. Orthopedic Specialists of Northwest Indiana P.C.,* currently pending as Adv. Case No. 07 A 00579, shall remain open and unaffected by the entry of this final decree and the closing of the Debtor's bankruptcy case.


Dated: _____          ENTERED:


                                  _____
                                  U.S. Bankruptcy Judge

2